MARY WINNEY, Respondent, v. EUNICE D. INGHAM, Appellant.— Motion for

leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.